**F I L E D**
CLERK, U.S. DISTRICT COURT

05/24/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:23-cr-00068-SPG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |
| MARK ALBERT RETTENMAIER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 7, 2020, in Orange County, within the Central District of California, defendant MARK ALBERT RETTENMAIER knowingly possessed, on an Adobe Lightroom account, at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant RETTENMAIER possessed consisted of the following images titled:

(1)  "file_PNG image 11.png;" and

(2)  "file_PNG image 99.png."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 22, 2020, in Orange County, within the Central District of California, defendant MARK ALBERT RETTENMAIER knowingly possessed an Apple iPhone, bearing serial number FK1VRD7VJCL8, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 22, 2020, in Orange County, within the Central District of California, defendant MARK ALBERT RETTENMAIER knowingly possessed an Apple Macbook Air, bearing serial number C02W91NQJ1WK, that contained at least one video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which videos involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography.

1                         FORFEITURE ALLEGATION

2                          [18 U.S.C. § 2253]

3       1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 2253, in the event of the defendant's

7   conviction of the offenses set forth in any of Counts One through

8   Three of this Indictment.

9       2.   The defendant, if so convicted, shall forfeit to the United

10  States of America the following property:

11          (a)  All right, title, and interest in any visual depiction

12  involved in any such offense, or any book, magazine, periodical, film

13  videotape, or other matter which contains any such visual depiction,

14  which was produced, transported, mailed, shipped or received and

15  involved in any such offense;

16          (b)  All right, title, and interest in any property, real

17  or personal, constituting or traceable to gross profits or other

18  proceeds obtained from such offense;

19          (c)  All right, title, and interest in any property, real

20  or personal, used or intended to be used to commit or to promote the

21  commission of such offense or any property traceable to such

22  property; and

23          (d)  To the extent such property is not available for

24  forfeiture, a sum of money equal to the total value of the property

25  described in subparagraphs (a), (b), and (c).

26      3.   Pursuant to Title 21, United States Code, Section 853(p), as

27  incorporated by Title 18, United States Code, Section 2253(b), the

28  defendant, if so convicted, shall forfeit substitute property, up to

5

the total value of the property described in the preceding paragraph
if, as the result of any act or omission of the defendant, the
property described in the preceding paragraph, or any portion
thereof: (a) cannot be located upon the exercise of due diligence;
(b) has been transferred, sold to or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court; (d) has
been substantially diminished in value; or (e) has been commingled
with other property that cannot be divided without difficulty.


                                        A TRUE BILL


                                        __/S/_____
                                        Foreperson


E. MARTIN ESTRADA
United States Attorney


MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office